AUSA: Thomas Franzinger  Telephone: (313) 226-9774
AO 91 (Rev. 11/11) Criminal Complaint   Task Force Officer: Andrew Carriger   Telephone: (734) 740-4106

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Mark Nathan Peterson

Case No. Case: 2:20−mj−30483
Assigned To : Unassigned
Assign. Date : 11/17/2020
Description: CMP USA V PETERSON (LH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 24, 2020 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of a Minor |

This criminal complaint is based on these facts:
see attached affidavit

☐ Continued on the attached sheet.

*Andrew Carriger*
Complainant's signature

Andrew Carriger, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: 11/17/2020

*[signature]*
Judge's signature

City and state: Detroit, MI

Hon. Curtis Ivy, JR., United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## INTRODUCTION

I, Andrew Carriger, being duly sworn, depose and state the following:

1. I am employed by the Romulus Police Department as a Police Officer and have been for approximately eight (8) years. I have been assigned to the Federal Bureau of Investigation (FBI) as a Task Force Officer (TFO) since January 2016. I currently work in the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I have experience investigating child sexual exploitation and human trafficking crimes and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents, including those that have worked on human trafficking investigations for many years.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Mark Nathan Peterson** (DOB 6/XX/1970) for a violation of 18 U.S.C. § 1591 (Sex Trafficking of a Minor).

## PROBABLE CAUSE

3. On February 24, 2020, Canton Police Officers were dispatched to the Econolodge Motel (40500 Michigan Ave., Canton, MI) in response to a call for service on a suspicious situation. The caller stated to Canton dispatch that there were two or three younger females, believed to be younger than seventeen (17), who were possibly prostitutes, inside of room #206, with two men standing outside

1

the door and different, older males going in and out of the room. The Econolodge often houses guests from other states who are traveling in interstate or foreign commerce.

4. Canton police responded and made contact with the front desk personnel from the motel, who stated the following: she is familiar with the male outside of room #206, he stays at the motel often, and she knows him as Samuel McCoy. McCoy was coincidentally standing in the lobby of the motel at the time and officers made contact with him. He was later fully identified as Samuel Lee "Sincere" McCoy.

5. McCoy stated to officers that he was at the motel with his cousin and her friend, and he was going to take them to school. McCoy stated he had no problem with officers going to room #206 and checking on the occupants. Officers then went to room #206 and made contact with two females there: minor victim #1, a 14 year-old female (hereinafter MV-1); and minor victim #2, a 15 year-old female (hereinafter MV-2). McCoy gave the officers (XXX) XXX-7479 as his phone number.

6. After learning the true identities of the minor victims, a Canton police officer contacted MV-2's mother. MV-2's mother stated to the officer that McCoy was not related to either minor victim and that he was "tricking them out."

7. Federal agents then arrived at the Econolodge motel and McCoy agreed to speak with them. McCoy admitted that he had rented the room under his own name, but denied that anything criminal was happening. He gave the federal agents a different phone number than the one he gave Canton police, (XXX) XXX-2580.[1]

8. An open internet search using the (XXX) XXX-2580 number provided by McCoy located several advertisements for commercial sex acts. These ads appear to have been posted during the period May to August of 2019. When asked about the advertisements, McCoy stated he did not post the advertisements, and that the person who used to have his number must have posted them.

9. A front desk employee at the Econolodge told agents that McCoy had been kicked out the motel about a year earlier for prostitution-related activity. McCoy denied that and said it was because he had a dog in the room.

10. Surveillance video was obtained from the Econolodge security camera that was just outside room #206. The surveillance video was from February 22 at approximately 8:45 pm to February 24, 2020 at approximately 9:00 am. I have reviewed the surveillance video and I noted the following:

    a. February 22, 2020

---

[1] This is the same phone number McCoy provided to Canton Officers in July 2019 in a separate incident.

    i. 8:44 pm - McCoy, MV-1 and MV-2 arrive at the motel and enter room shortly after.

    ii. 10:46 pm - McCoy leaves the room.

    iii. 10:50 pm - Unknown male enters the room.

    iv. 11:24 pm - Unknown male leaves room.

    v. 11:27 pm - McCoy returns to room.

b. February 23, 2020

    i. 12:16 am - McCoy exits room.

    ii. 12:19 am - Unknown male enters room.

    iii. 12:41 am - Unknown male exits room.

    iv. 12:42 am - McCoy returns to room.

    v. 7:45 am - McCoy leaves room.

    **vi. 7:48 am - Unknown male enters room.** As explained below, based on my investigation, I believe this to be Mark Nathan Peterson.

    **vii. 8:14 am – Unknown male [Peterson] exits room.**

    viii. 8:15 am - McCoy returns to room.

    ix. 10:06 am - MCCOY exits room.

    x. 10:08 am - Unknown male enters room.

    xi. 10:41 am - Unknown male exits room.

xii. 10:43 am - McCoy returns to room.

11. Through my training and experience, these patterns are consistent with commercial sex dates. The unknown males stay for approximately 30 minutes, and McCoy leaves the room shortly before the client or "john" arrives, and he returns to the room shortly after the date is over.

12. Federal agents later identified and interviewed another minor victim, a 15 year-old girl (MV-3), whom McCoy had also trafficked. MV-3 provided the phone number for McCoy of (XXX) XXX-7479. I found this phone number on several existing internet advertisements posted for commercial sex acts in the Canton, Michigan, area during February 2020. The photographs in the advertisements were mainly of MV-3, although some photographs depicted MV-1. I know that the cellular telephone network and the internet are each instrumentalities of interstate and foreign commerce.

13. MV-3 told federal agents that around the middle of February she had traveled from suburban Detroit to Toledo, Ohio, with McCoy, whom she knew as "Sincere," along with an adult female and another 15 year-old minor victim, MV-4. In Toledo, MV-3 and MV-4 performed commercial sex dates that were arranged by McCoy and the adult female. After a few days, MV-3 came back to the Detroit area with McCoy and agreed to continue performing commercial sex dates for him. McCoy made the advertisements for MV-3 on the internet and listed the phone

number (XXX) XXX-7479 to communicate with customers. MV-3 consented to the search of her cell phone by law enforcement agents, which showed that she had multiple communications with McCoy about the commercial sex acts. These included several of the photographs of herself that were used in the advertisements being sent to McCoy at this number, as well as text messages about dates and prices sent to MV-3 by McCoy. MV-3 also told agents that McCoy collected the money from the customers and gave some of it to MV-3.

14. MV-3 further stated that at some point MV-1 and MV-2 start hanging around with McCoy, and that MV-2 attempted to do a date for McCoy. MV-3 went back home shortly after that. MV-3 was shown an advertisement for commercial sex acts which was posted for February 15, 2020 for the Toledo, OH area. MV-3 identified the phone number in the advertisement as McCoy's number, (XXX) XXX-7479, and identified MV-1 and herself in the pictures associated with the advertisement.

15. I believe, based on my observations, as well as those of other officers, MV-1 appears to be significantly younger than 18 years old, as do MV-2 and MV-3. Further investigation has revealed that a relative of MV-3 told McCoy to stay away from MV-3 as she was only 15 years old. In addition, a relative of MV-2 told McCoy that MV-2 was also underage.

6

16. McCoy was arrested on or about April 24, 2020, on a federal criminal complaint for violation of 18 U.S.C. § 1591, sex trafficking of a minor. He was indicted by a federal grand jury on June 10, 2020, on one count of the same for trafficking MV-3.

17. Records obtained via subpoena from Sprint Corporation showed that the phone number (XXX) XXX-7479 was assigned to "Sincere McCoy," and that account was active from February 8, 2020, to at least March 4, 2020, the date of the subpoena.

18. I also obtained call data records for (XXX) XXX-7479 and compared them to the timestamps from the Econolodge security camera footage. I was able to identify several phone numbers that communicated with McCoy around and during the time that MV-1 and MV-2 were at the motel. One of these phone numbers that appears to be one used by a john was (XXX) XXX-1609.

19. On February 23, 2020, phone number (XXX) XXX-1609 contacted (XXX) XXX-7479 via text at 6:49am.[2] There were texts exchanged back and forth between 6:49am and 7:34am. There were no further texts between those numbers. There were two voice calls placed from (XXX) XXX-1609 to (XXX) XXX-7479 at 7:44 am and 7:45 am.

---

[2] The timestamps in the Sprint call detail records are in Central Time. I have converted those to Eastern Time in this affidavit.

7

20. From the surveillance video, I observed an unknown male enter the motel room a short while after the texts stop, i.e., at approximately 7:48 am, as described above in paragraph 10. No one else enters the room, and the male then leaves the motel room at 8:14 am. As the male is leaving the room, his face is captured by the security cameras. Based on my training and experience, I believe this to have been a half-hour commercial sex date. I know, through my training and experience, that commercial sex dates are often purchased and sold in half-hour increments, often referred to as "HH" in online advertisements.

21. Records obtained via subpoena from Verizon show that the phone number (XXX) XXX-1609 that was used to communicate with McCoy's phone immediately before the above described sex date at the Econolodge has been assigned to Mark Nathan Peterson, date of birth 06/XX/1970, since approximately 2006 to the present. A federal search warrant was obtained for the Verizon call detail records of phone number (XXX) XXX-1609. These records match the Sprint records for (XXX) XXX-7479, showing the times of the text messages and voice calls between the two numbers on February 23, 2020. The location data from Verizon for (XXX) XXX-1609 also shows that at the time these calls took place, the device assigned this number was accessing a cellular tower in the area of I-275 and Michigan Ave. This is where the Econolodge is located.

22. I obtained Peterson's driver's license photograph from the Michigan Secretary of State, as well as public photos on his Facebook page, and compared them with a still shot from the relevant segment of the surveillance video, and there is a significant resemblance among them: they all appear to depict a middle-aged, African-American male of medium complexion, medium build, with a distinctive mustache that curves down towards the jawline. Therefore, based on the cellular location information, the communications records, and the surveillance video, I believe that Peterson is the person who solicited and patronized the minor victim(s) in the hotel room at the Econolodge, staying in the room with them for approximately half an hour, which provided him with a reasonable opportunity to observe them.

23. Based on this investigation, there is probable cause to believe that, on or about February 23, 2020, Mark Nathan Peterson violated 18 U.S.C. § 1591 by soliciting and patronizing a minor female for the purpose of engaging in a commercial sex act.

24. On November 9, 2020, I spoke with Peterson via a telephone conversation. Peterson had originally agreed to meet with me, but did not show up to the meeting nor answer his phone. Peterson called me back well after the scheduled meet time from a blocked number. I asked Peterson how I can get in touch with him and if he

still had the (XXX) XXX-1609 phone number. Peterson stated that was his "work phone" and I could still reach him at that number.

## CONCLUSION

25. For the reasons set forth above, I believe probable cause exists that Mark Nathan Peterson did violate 18 U.S.C. § 1591 (Sex Trafficking of a Minor).

*Andrew Carriger*
Andrew Carriger
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

11/17/2020

HON. CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE